FILED

2010 APR 22  AM 10: 59

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

Ronald D. Fisher

DEFENDANT(S).

CASE NUMBER: ED10-0088M

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: _USA_
in the _Central Division_ District of _Utah_ on _4/9/10_
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title _18_ U.S.C., Section(s) _1014, 1343, 2314; 49; 46306 (6)(7)_
to wit: _False statements to a financial institution, etc_

A warrant for defendant's arrest was issued by: _D. Mark Jones, Clerk of Court_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _April 22, 2010_, by

_L. Mung_ , Deputy Clerk.

_[signature]_                              _Nhan Ly_
Signature of Agent                          Print Name of Agent

_FBI_                                       _Special Agent_
Agency                                      Title

---

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT