No Int.

FILED
2010 APR 22  AM 10:59
S. DISTRICT COURT
L DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Ronald D. Fisher

DEFENDANT(S).

CASE NUMBER: ED10-0088M

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 4/22/10  8:30  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☒   No ☐
3. Charges under which defendant has been booked:
   Wire fraud; False Statements to a financial Institution; Interstate Transportation of Pwxn in Excession of $5000 jex.
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1954
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☐ No
    ☒ Yes   Name: Clifford J. Barnard (Boulder, CO)  and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Brenda Orantes   Time: 10:35  ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 4/22/10
16. Name: Nhan Ly (Please Print)
17. Agency: FBI
18. Signature: _____
19. Office Phone Number: 951-248-6589

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION